

# Fourth Court of Appeals
## San Antonio, Texas

December 13, 2017

No. 04-17-00108-CV

VIA Metropolitan **TRANSIT,**
Appellants

v.

Curtis **MECK,**
Appellees

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2014CV01188
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Appellant's reply brief is due on December 11, 2017. *See* TEX. R. APP. P. 38.6(c). Before the due date, Appellant filed an unopposed first motion for extension of time to file the reply brief until January 10, 2018, for an extension of thirty days.

Appellant's motion is GRANTED. Appellant's reply brief is due on January 10, 2018. *See id.* R. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court